**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
CITY OF RANCHO CORDOVA,
NATHAN DANIEL, JOSEPH ZALEC,
AND DEREK HUTCHINS

Van Longyear, SBN 84189
Nicole M. Cahill, SBN 287165
LONGYEAR & LAVRA, LLP
3620 American River Dr., Suite 230
Sacramento, CA 95864
Tel:  916-974-8500
Fax:  916-974-8510

Attorneys for Defendant
COUNTY OF SACRAMENTO

Lawrance A. Bohm, SBN 208716
Scott C. Zienty, SBN 324661
BOHM LAW GROUP, INC.
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
TEL: 866.920.1292
FAX: 916.927.2046

Attorneys for Plaintiffs
THOMAS WILLIAMS,
CARLOS WILLIAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAMS,<br><br>Plaintiff,<br><br>v. | Case No. 2:20-cv-00598-TLN-KJN<br>Case No. 2:19-cv-02345-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES** |

| | |
|---|---|
| 1 | COUNTY OF SACRAMENTO; CITY OF RANCHO CORDOVA; NATHAN DANIEL; JOSEPH ZALEC; DEREK HUTCHINS and DOES 1 through 50 inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 |     Defendants. |
| | _____ / |
| 6 | CARLOS WILLIAMS |
| 7 |     Plaintiff |
| 8 | v. |
| 9 | |
| 10 | COUNTY OF SACRAMENTO; RANCHO CORDOVA POLICE DEPARTMENT; and DOES 1 through 50 inclusive, |
| 11 | |
| 12 |     Defendants. |
| 13 | _____ / |

Plaintiffs THOMAS WILLIAMS and CARLOS WILLIAMS ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, CITY OF RANCHO CORDOVA, NATHAN DANIEL, JOSEPH ZALEC, AND DEREK HUTCHINS, (collectively "Defendants"), by and through their ("Parties") counsel of record, hereby stipulate and request that the Court continue discovery and the pre-trial deadlines in this matter. Good cause exists for the requested continuance pursuant to Federal Rules of Civil Procedure Rule 16(d) based upon the following:

    1.    On July 15, 2021, this Court consolidated the above-referenced cases with respect to discovery only.

    2.    On October 5, 2021, in Case No. 2:20-cv-00598-TLN-KJN, this Court issued an Amended Pre-Trial Scheduling Order setting forth all pre-trial deadlines. The Court entered the same Order on October 26, 2021 in Case No. 2:19-cv-02345-TLN-KJN.

    3.    The Parties seek an extension of all pre-trial deadlines for the following reasons: (1) several discovery disputes have recently arisen which may require court intervention, one of which is now pending before the Court [ECF No. 26]; (2) Defendants have served subpoenas for medical records, some of which are still outstanding; (3) the Parties intend to conduct additional discovery and at least six (6) additional depositions in this case and need additional time for scheduling.

4. The Parties, through their respective undersigned counsel, agree and hereby do stipulate to respectfully request that the Court modify the scheduling order as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | May 12, 2022 | January 12, 2023 |
| Expert Witness Disclosure | July 14, 2022 | March 14, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Remains unchanged |
| Dispositive Motions | December 15, 2022 | August 15, 2023 |

Dated:  April 6, 2022        BOHM LAW GROUP, INC.


By:  /s/ Scott C. Zienty (auth. 3/31/22)
     Lawrence A. Bohm
     Scott C. Zienty
     Attorney for Plaintiffs


Dated:  April 6, 2022        LONGYEAR & LAVRA, LLP


By: /s/ Nicole M. Cahill (auth. 3/30/22)
     Van Longyear
     Nicole M. Cahill
     Attorney for Defendant
     COUNTY OF SACRAMENTO


Dated:  April 6, 2022        PORTER SCOTT
                             A PROFESSIONAL CORPORATION


By: /s/ John R. Whitefleet
     John R. Whitefleet
     Attorney for Defendants
     CITY OF RANCHO CORDOVA,
     NATHAN DANIEL, JOSEPH ZALEC,
     AND DEREK HUTCHINS

# **ORDER**

Good cause having been shown, based on the foregoing Stipulation by the Parties, the Court hereby ORDERS as follows:

1. The pre-trial deadlines in this case shall be amended as follows:

| Event | Schedule | Proposed New Schedule |
|---|---|---|
| Fact Discovery | May 12, 2022 | January 12, 2023 |
| Expert Witness Disclosure | July 14, 2022 | March 14, 2023 |
| Supplemental Expert Witness Disclosure | Within 20 days after designation of expert witnesses | Remains unchanged |
| Dispositive Motions | December 15, 2022 | August 15, 2023 |

**IT IS SO ORDERED.**

Dated: April 6, 2022

Troy L. Nunley
United States District Judge